**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Cook, | No. CV-21-00261-TUC-JGZ |
| Petitioner, | **ORDER** |
| v. | |
| Catricia Howard, | |
| Respondent. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Maria S. Aguilera. (Doc 23.) Magistrate Judge Aguilera recommends denying Cook's request for habeas relief. (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Aguilera's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

Accordingly,

**IT IS ORDERED:**

1. The Report and Recommendation (Doc. 23) is **ADOPTED.**
2. Cook's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED.**

3. The Clerk of Court must enter judgment accordingly and close its file in this action.

Dated this 22nd day of November, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge